278

**George William BAILEY, Petitioner, v. David A. McMULLAN.**

No. 13644.

Circuit Court of Appeals, Eighth Circuit.

Oct. 13, 1947.

George William Bailey, pro se.

PER CURIAM.

Petition seeking Writ of Certiorari to U. S. District Court, Eastern District of Missouri, denied and dismissed.

**Edward CASEBEER v. Walter A. HUNTER, Warden, United States Penitentiary, Leavenworth, Kansas.**

No. 3593.

Circuit Court of Appeals, Tenth Circuit.

Nov. 6, 1947.

No appearance for either party.

Before PHILLIPS, BRATTON, and HUXMAN, Circuit Judges.

PER CURIAM.

Petition for writ of certiorari denied.

**DENVER & RIO GRANDE WESTERN RAILROAD COMPANY et al. v. DENVER & RIO GRANDE WESTERN RAILROAD COMPANY (Reorganized) et al. (three cases).**

Nos. 3523, 3532, 3533.

Circuit Court of Appeals, Tenth Circuit.

Nov. 5, 1947.

William V. Hodges, of Denver, Colo., for appellants.

Mr. Henry McAllister, of Denver, Colo., for appellees.

Before PHILLIPS, HUXMAN, and MURRAH, Circuit Judges.

PER CURIAM.

Appeals dismissed on motion of appellee Denver & Rio Grande Western Railroad Company (Reorganized) to dismiss.

**H. C. JONES, Individually and as Collector of Internal Revenue, v. WETHERBEE ELECTRIC COMPANY.**

No. 3589.

Circuit Court of Appeals, Tenth Circuit.

Nov. 3, 1947.

Robert E. Shelton, U. S. Atty., of Oklahoma City, Okl., for appellant.

Mosteller & McElroy, of Oklahoma City, Okl., for appellee.

Before PHILLIPS, Circuit Judge, and SYMES, District Judge.

PER CURIAM.

Docketed and dismissed per stipulation.